ORIGINAL

AO 91 (Rev. 11/11) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

OCT - 1 2015

Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JOEL GARCIA-MARTINEZ | ) | 4:15MJ374 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2, 2015__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Illegal reentry |

This criminal complaint is based on these facts:

See Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Maribel Garay, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/01/2015__

_____
*Judge's signature*

Don D. Bush, U.S. Magistrate Judge
*Printed name and title*

City and state: __Plano, Texas__